# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CLINTON WILLIAMS, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 4:25-CV-00219 |
| | § | Judge Mazzant/Judge Davis |
| ABCD RESTAURANTS AND HOSPITALITY LLC, | § § § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 23, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #16) that Plaintiff Clinton Williams's Motion for a Default Judgment (Dkt. #15) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Williams's Motion for a Default Judgment (Dkt. #15) is hereby **GRANTED.**

**IT IS SO ORDERED**.

SIGNED this 12th day of February, 2026.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE